IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DERRICK L. LOTT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4971

Opinion filed February 25, 2015.

An appeal from an order of the Circuit Court for Duval County.
J. Bradford Stetson, Judge.

Derrick L. Lott, pro se, Appellant.

No appearance for Appellee.


PER CURIAM.

      DISMISSED.

LEWIS, C. J., BENTON and THOMAS, JJ., CONCUR.